OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

11/17/2015
**WILLIAMS, RODNEY KEVIN** Tr. Ct. No. 1225681-A WR-82,421-06
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

RODNEY KEVIN WILLIAMS
HARRIS COUNTY SHERIFF'S OFFICE
SP 42867
70
HOUSTON TX 77002

RETURN
RELEASED F
HARRIS COUNT

BN3B 77002